**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Casimiro Gomez Almonte,

                       *Plaintiff*,

            - *against* -

Mikot Construction Inc., Ekot Construction Inc., and Miroslaw Kotlewski (a/k/a "Mike" Kotlewski),

                       *Defendants*.
-----------------------------------------------------------------X

Case No.: 22-cv-07771

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Mikot Construction Inc., Ekot Construction Inc., and Miroslaw Kotlewski (a/k/a "Mike" Kotlewski) (the "Defendants"), having offered to allow Plaintiff Casimiro Gomez Almonte (the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Sixty Thousand Dollars and Zero Cents ($60,000), payable as follows:

1. A payment in the amount of Sixty Thousand Dollars and Zero Cents ($60,000) on or before October 26, 2023.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

      WHEREAS, the total sum of Sixty Thousand Dollars and Zero Cents ($60,000) is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the

"Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                    By: _____
                    Jason Mizrahi
                    60 East 42nd Street, Suite 4700
                    New York, NY 10165
                    Tel. No.: (212) 792-0048
                    Email: Jason@levinepstein.com
                    *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.