**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Casimiro Gomez Almonte,

                                  *Plaintiff*,

                - against -

Mikot Construction Inc., Ekot Construction Inc., and
Miroslaw Kotlewski (a/k/a "Mike" Kotlewski),

                                  *Defendants*.
-----------------------------------------------------------------X

Case No.: 22-cv-07771

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Mikot Construction Inc., Ekot Construction Inc., and Miroslaw Kotlewski (a/k/a "Mike" Kotlewski), (the "Defendants"), having offered to allow Plaintiff Casimiro Gomez Almonte ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Sixty Thousand Dollars and Zero Cents ($60,000), payable as follows:

1. A payment in the amount of Sixty Thousand Dollars and Zero Cents ($60,000) on or before October 26, 2023.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment equal to the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $60,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby

dismissed with prejudice as against Defendants.


Dated: _____ _____, 2023
       New York, New York

                                                    SO ORDERED:

                                                    _____